*E-FILED 06-09-2010*

| | |
|---|---|
| John W. Carpenter (State Bar No. 221708) | Andrew Leibnitz (State Bar No. 184723) |
| john@jwcarpenterlaw.com | aleibnitz@fbm.com |
| Technology Licensing Company Inc. | Deepak Gupta (State Bar No. 226991) |
| 33 ½ Los Pinos | dgupta@fbm.com |
| Nicasio, CA  94946 | Amber C. Chrystal (State Bar No. 260470) |
| Telephone:  (415) 577-0698 | achrystal@fbm.com |
| Facsimile:  (866) 410-6248 | Farella Braun + Martel LLP |
| | 235 Montgomery Street, 17th Floor |
| Attorney for Plaintiff | San Francisco, CA  94104 |
| Technology Licensing Company Inc. | Telephone:  (415) 954-4400 |
| | Facsimile:  (415) 954-4480 |

Attorneys for Defendant
Wal-Mart Stores, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING COMPANY, INC., | Case No.  CV-10-1426-HRL |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| vs. | **Magistrate Judge Howard R. Lloyd** |
| WAL-MART STORES, INC., | |
| Defendant. | |

This Stipulation is made with reference to the following facts:

      WHEREAS, the Initial Case Management Conference in this matter is currently set for June 22, 2010 at 1:30 p.m.;

      WHEREAS, the parties agree that they need further time to assess how to proceed with this action;

      WHEREAS, the parties continue to discuss the legal and factual issues in dispute in this matter;

      WHEREAS, the parties believe they may be able to resolve this matter without the need for the Court's involvement;

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

CASE NO. CV-10-1426-HRL
STIPULATION AND [PROPOSED] ORDER
CONTINUING INITIAL CASE MGMT. CONFERENCE

25629\2244983.2

WHEREAS, the parties have agreed that it would be in their best interest to seek a continuance of the Initial Case Management Conference to September 14, 2010, or to another date thereafter the Court's calendar permits;

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED THAT the status conference in this matter be continued to September 14, 2010 at 1:30 p.m., or whatever date thereafter the Court's calendar permits. The parties shall file a Joint Case Management Statement not less than seven calendar days before the date for which the conference is set.

Dated: June 1, 2010

By: /s/ John W. Carpenter
John W. Carpenter

Attorney for Plaintiff
Technology Licensing Company Inc.

Dated: June 1, 2010    FARELLA BRAUN + MARTEL LLP

By: /s/ Andrew Leibnitz
Andrew Leibnitz

Attorneys for Defendant
Wal-Mart Stores, Inc.

**ORDER**

PURSUANT TO STIPULATION AND UPON GOOD CAUSE SHOWN, IT IS SO ORDERED.  **No later than September 7, 2010, each party shall file either a consent or declination to proceed before a United States Magistrate Judge.**

Date: _____June 9_____, 2010

_____
Magistrate Judge Howard R. Lloyd
United States District Court

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

CASE NO. CV-10-1426-JRL
STIPULATION AND [XXXXXXX] ORDER
CONTINUING INITIAL CASE MGMT. CONFERENCE

- 2 -

25629\2244983.2

## ATTORNEY'S E-FILING ATTESTATION

As the attorney e-filing this document, and pursuant to General Order 45(X.)(B.), I hereby attest that John W. Carpenter has concurred in the filing of this document.

Dated: June 1, 2010                    FARELLA BRAUN + MARTEL LLP

                                       By: /s/ Andrew Leibnitz
                                           Andrew Leibnitz

                                           Attorneys for Defendant
                                           Wal-Mart Stores, Inc.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

CASE NO. CV-10-1426-JRL
STIPULATION AND [PROPOSED] ORDER
CONTINUING INITIAL CASE MGMT. CONFERENCE

- 3 -

25629\2244983.2