**\*E-FILED 08-30-2010\***

| | |
|---|---|
| John W. Carpenter (State Bar No. 221708)<br>  john@jwcarpenterlaw.com<br>Technology Licensing Company Inc.<br>33 ½ Los Pinos<br>Nicasio, CA  94946<br>Telephone:  (415) 577-0698<br>Facsimile:  (866) 410-6248<br><br>Attorney for Plaintiff<br>Technology Licensing Company Inc. | Andrew Leibnitz (State Bar No. 184723)<br>  aleibnitz@fbm.com<br>Deepak Gupta (State Bar No. 226991)<br>  dgupta@fbm.com<br>Amber C. Chrystal (State Bar No. 260470)<br>  achrystal@fbm.com<br>Farella Braun + Martel LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA  94104<br>Telephone:  (415) 954-4400<br>Facsimile:  (415) 954-4480<br><br>Attorneys for Defendant<br>  Wal-Mart Stores, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING COMPANY, INC.,<br><br>            Plaintiff,<br><br>      vs.<br><br>WAL-MART STORES, INC.,<br><br>            Defendant. | Case No.  CV-10-1426-HRL<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**Magistrate Judge Howard R. Lloyd**<br><br>**[Re:  Docket No. 9]** |

This Stipulation is made with reference to the following facts:

   WHEREAS, the Initial Case Management Conference in this matter was originally set for for June 22, 2010 and was modified by stipulation to its current date of September 14, 2010 at 1:30 p.m.;

   WHEREAS, the parties continue to engage in initial discussions and informal exchanges of information about the patent in suit, and are evaluating the factual and legal questions at issue;

   WHEREAS, their initial evaluations of the case have been delayed due to summer vacations of the parties and counsel;

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

CASE NO. CV-10-1426-HRL
STIPULATION

25629\2339818.1

WHEREAS, the parties agree that they need further time to assess how to proceed with this action;

WHEREAS, the parties continue to believe they may be able to resolve this matter without the need for the Court's involvement;

WHEREAS, the parties have agreed that it would be in their best interest to seek a continuance of the Initial Case Management Conference to January 18, 2011, or to another date thereafter the Court's calendar permits;

ACCORDINGLY, Plaintiff Technology Licensing Company, Inc. and Defendant Wal-Mart Stores, Inc., by and through their respective counsel, HEREBY STIPULATE AND AGREE THAT the Initial Case Management Conference in this matter should be continued to January 18, 2011 at 1:30 p.m., or whatever date thereafter the Court's calendar permits.  The parties shall file a Joint Case Management Statement and either a consent or declination to proceed before a United States Magistrate Judge not less than seven calendar days before the date for which the conference is set.

Dated: August 11, 2010

By: /s/ John W. Carpenter
John W. Carpenter

Attorney for Plaintiff
Technology Licensing Company Inc.

Dated: August 11, 2010       FARELLA BRAUN + MARTEL LLP


By: /s/ Deepak Gupta
Deepak Gupta

Attorneys for Defendant
Wal-Mart Stores, Inc.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

CASE NO. CV-10-1426-JRL
STIP. AND PROPOSED ORDER CONTINUING
INITIAL CMC

- 2 -

25629\2339818.1

# ORDER

PURSUANT TO STIPULATION AND UPON GOOD CAUSE SHOWN, IT IS SO ORDERED.  **The court is not inclined to grant any further extensions.**

Dated: __August 30___, 2010

_____
Magistrate Judge Howard R. Lloyd
United States District Court

# ATTORNEY'S E-FILING ATTESTATION

As the attorney e-filing this document, and pursuant to General Order 45(X.)(B.), I hereby attest that John W. Carpenter has concurred in the filing of this document.

Dated: August 11, 2010                FARELLA BRAUN + MARTEL LLP

By: /s/ Deepak Gupta_____
    Deepak Gupta

    Attorneys for Defendant
    Wal-Mart Stores, Inc.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

CASE NO. CV-10-1426-JRL
STIP. AND PROPOSED ORDER CONTINUING
INITIAL CMC

- 3 -

25629\2339818.1