**STIPULATION AND ORDER**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **TECHNOLOGY LICENSING COMPANY, INC.,** | Case No. CV-10-1426-HRL |
| Plaintiff, | **JURY DEMANDED** |
| vs. | |
| **WAL-MART STORES, INC.,** | |
| Defendant. | |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff Technology Licensing Company, Inc., and defendant Wal-Mart Stores, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing this action with regard to the claims of plaintiff in their entirety WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: 11/15/10

Respectfully submitted,

**TECHNOLOGY LICENSING COMPANY, INC.**

By: _____

**WAL-MART STORES, INC.**

By: _____

25629\2427337.1